## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ELLIOT-TODD PARKER KOGER AND TODD ELLIOTT KOGER SR., JOINTLY AND INDIVIDUALLY AS THE "KOGER FAMILY" IDENTIFIED AT PAHAF 19868 THAT WAS AFFIRMED BY THIS COURT AT 777 C.D. 2022, | : No. 29 WAP 2025 <br> : <br> : Appeal from the Order of the <br> : Commonwealth Court dated <br> : September 5, 2025, at No. 175 <br> : MD 2025. |
| Appellants | : |
| | : |
| v. | : |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY, MARY MCGINLEY, IN HER OFFICIAL CAPACITY AS JUDGE, FIFTH JUDICIAL DISTRICT COURT OF COMMON PLEAS, BENJAMIN KOHLER, IN HIS OFFICIAL CAPACITY AS PROTHONOTARY, SUPERIOR COURT OF PENNSYLVANIA, KEVIN KRAUS, IN HIS OFFICIAL CAPACITY AS ALLEGHENY COUNTY SHERIFF, AND ISSAC USOROH, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Appellees | : |

## ORDER

**PER CURIAM**                                        **DECIDED: APRIL 30, 2026**

    **AND NOW,** this 30th day of April, 2026, the order of the Commonwealth Court is AFFIRMED.